UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Claire C. Cecchi |
| v. | : Crim. No. 25-CR-480 (CCC) |
| YULEISY ROQUE | : **WAIVER OF INDICTMENT** |

I, Yuleisy Roque, the above-named defendant, who is charged with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on July 23, 2025, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Yuleisy Roque
Defendant

_____
Tara Breslow
Counsel for Defendant

Before: _____
HONORABLE CLAIRE C. CECCHI
United States District Judge