UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 25-480-CCC |
| v. | : | |
| | : | |
| YULEISY ROQUE | : | NOTICE OF APPEARANCE |
| | : | |

PLEASE TAKE NOTICE that Joshua Ferrentino, Trial Attorney (joshua.ferrentino@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

                                                                                   LISA K. HSIAO
                                                                                  Acting Director

                                                        */s/ Joshua T. Ferrentino*
                                                        By: JOSHUA T. FERRENTINO
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Consumer Protection Branch
                                                         450 Fifth St., NW, Suite 6400
                                                         Washington, D.C. 20001
                                                         Telephone: 202-305-7613
                                                         joshua.ferrentino@usdoj.gov

Dated: July 24, 2025